Rosita Feliciano Viuda de Cuquerella, etc., recurrentes, *v.* Comisión Industrial de Puerto Rico, etc., demandada.

*Número:* 577 *Resuelto:* 24 de mayo de 1962

*Juan Nevárez Santiago,* abogado de los recurrentes; *Donald R. Dexter y Carmen Ana Archeval,* abogados del Administrador del Fondo del Seguro del Estado.

Sala integrada por el Juez Presidente Interino Señor Pérez Pimentel y los Jueces Asociados Señores Blanco Lugo y Dávila.

## SENTENCIA

El doctor Víctor Cuquerella Gomar trabajaba durante las mañanas en la División de Rehabilitación Vocacional del Departamento de Educación y por las tardes en la Escuela de Fisioterapia del Fondo del Seguro del Estado. Falleció el día 3 de octubre de 1958 y la causa de su muerte se atribuyó a una trombosis coronaria debida a arteriosclerosis.

Se estableció que el occiso venía sintiéndose mal de salud desde el año 1955 en que realizó un viaje a Méjico y se sometió a examen en el Instituto de Cardiología Chávez. Su esposa, de profesión enfermera, declaró que se le notaba pálido y agotado, "era un hombre enfermo", que se quejaba de dolor en el lado izquierdo del pecho y que esta condición prevaleció a través de los años antes de ocurrir su muerte. El día del deceso el doctor Cuquerella, después de almorzar, salió para el trabajo y regresó alrededor de las 4:15 P. M. debido a que sentía un fuerte dolor que se le reflejaba en el estómago; le manifestó que se había sentido enfermo, "muy malo", en el curso de la cátedra, y que había acortado la clase para regresar al hogar. Murió pocos minutos después. Padecía también de una úlcera duodenal y a ello aparentemente atribuyó un dolor en el estómago que se le presentó desde las horas de la mañana.

El Administrador del Fondo denegó la solicitud de compensación y la Comisión Industrial confirmó su actuación.

De los hechos expuestos no podemos afirmar que se estableciera relación de causalidad entre la labor realizada y el deceso ocurrido, o sea, no se probó satisfactoriamente que la labor contribuyera al resultado final mediante la agravación, aceleración o precipitación de la enfermedad. *Vda. Fernández* v. *Comisión Industrial*, 85 D.P.R. 298 (1962); *Núñez Rivera* v. *Comisión Industrial*, 85 D.P.R.

(1962). Todo el cuadro demuestra que se trata de un caso en que la muerte sobrevino debido al desarrollo natural de la enfermedad, sin conexión alguna con el esfuerzo o labor realizados.

*Se confirma la resolución dictada por la Comisión Industrial en 17 de abril de 1959.*

Así lo pronunció y manda el Tribunal y firma el señor Juez Presidente Interino.

(Fdo.) PEDRO PÉREZ PIMENTEL,
*Juez Presidente Interino.*

Certifico:

(Fdo.) IGNACIO RIVERA,
*Secretario.*